UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America
(Rural Development),
    Plaintiff,
        V.                                    CASE NUMBER: 98-1825 (HL)
The Estate of Soledad
Castiñeiras Silva, et al.,
    Defendants.

## MOTION

Date Filed: 9/3/99    Docket #12    [x] Plffs  [] Defts
Title: Motion to Stay Sale and Request for Administrative Closing
Opp'n Filed:         Docket #

## ORDER

Granted. In view of the parties' Stipulation for Satisfaction of Judgment, the Court hereby orders that the judicial sale scheduled for September 8, 1999 at 2:00 p.m. be set aside and that the U.S. Marshal be so notified. The Court furthers orders that this case be administratively closed.

Date 9/13/99        HECTOR M. LAFFITTE
                    Chief U.S. District Judge

Rec'd: 9/13/99    EOD:
By:              #13